Per curiam. Petition of Sherman Johns for certiorari to the Court of Appeals to review the judgment of that court in the case of *Johns v. State,* 13 Ala. App. 283, 69 South. 259. Writ denied.

---

## EX PARTE MORRISON, ET AL.

(Decided January 13, 1916.)

CERTIORARI to Court of Appeals.

ALLEN, FISK & TOWNSEND, and SANDERS & ROWE, for appellant. HARSH, HARSH & HARSH, for appellee.

THOMAS, J.—Petition of John M. Morrison and others for certiorari to Court of Appeals to review the judgment of such court in the case of *Morrison, et al. v. Clark,* 14 Ala. App., 70 South. 200. Writ denied.

ANDERSON, C. J., MCCLELLAN and SAYRE, JJ., concur.

---

## EX PARTE RHODES.

(Decided December 2, 1915.)

CERTIORARI to Court of Appeals.

TROUP & NIX, for appellant. G. O. CHENAULT, for appellee.

GARDNER, J.—Petition of George W. Rhodes for certiorari to the Court of Appeals to review the judgment of that court in the case of *Downing v. Rhodes,* 13 Ala. App. 494, 68 South. 788. Writ denied.

ANDERSON, C. J., MCCLELLAN and SAYRE, JJ., concur.

---

## EX PARTE ROBBINS v. THE STATE.

(Decided November 4, 1915.)

CERTIORARI to Court of Appeals.

W. H. STODDARD, for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Petition by Frank Robbins for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of *Robbins v. State,* 13 Ala. App. 167, 69 South. 297. Writ denied.